# FPSF FLORIO PERRUCCI STEINHARDT & FADER LLC

Attorneys at Law

1010 Kings Highway South, Building 2, Cherry Hill, NJ 08034

Teresa M. Lentini, Esquire
tlentini@fpsflawfirm.com
Our File No.56551.0002

February 2, 2018

**Via Facsimile (267-299-5056)**
Honorable Mitchell S. Goldberg
James A. Byrne US Courthouse
601 Market Street, Room 7614
Philadelphia, PA  19106

> Re:   **Draw Events, LLC v. Cooper's Ferry Partnership, Inc., et al.**
>       **Case No. 17-1050**

Dear Judge Goldberg:

In accordance with R. 41.1(b), kindly be advised the above-referenced matter has been amicably resolved and accordingly, the parties request the Court administratively terminate the matter.

Thank you.

Respectfully,

**FLORIO PERRUCCI STEINHARDT & FADER, LLC**

By: _____
Teresa M. Lentini, Esquire

TML/nlw
cc:   Josiah Knapp, Esquire
      Joseph Myers, COO
      Joseph A. Forkin, President
      Robert Nagle, Esquire

---

**Rochelle Park Office**
218 Rt. 17N, Suite 410
Rochelle Park, NJ 07662
(201) 843-5858 phone
(201) 843-5807 fax

**Phillipsburg Office**
235 Broubalow Way
Phillipsburg, NJ 08865
(908) 454-8300 phone
(908) 454-5827 fax

**Bethlehem Office**
60 W Broad St., Suite 102
Bethlehem, PA 18018
(610) 691-7900 phone
(610) 691-0841 fax

**Cherry Hill Office**
1010 Kings Highway South
Building 2
Cherry Hill, NJ 08034
(856) 853-5530 phone
(856) 354-8318 fax

**New York Office**
80 Wall Street
Suite 815
New York, NY 10005
(212) 792-9070 phone

www.fpsflawfirm.com